

*Received*
*CCH*
*4/27/2020*

FILED IN DENVER
DISTRICT COURT
DENVER, COLORADO
COPY-F

**Denver District Court**
1437 Bannock, Room 256
Denver, CO 80202

**2020 APR 10 PM 3: 33**

In the Case of:

Plaintiff/Petitioner: Tonya McDaniel,

v.

Defendant/Respondent: Colorado Coalition for the

Homeless "Champa Dental Clinic," Dr Carol Rykiel,

Dr. Russell Poole

Filing Party Name: Tonya McDaniel

14270 E 104th Ave Unit 1-212 Mailbox# 72

Commerce City, Colorado 80022

720-244-1240

mommat2real@gmail.com

[?] FOR COURT USE [?]

**20CV193**

Case Number: _____

Courtroom: _____

## Complaint

Jury Demand

(select Option 1 or Option 2)

Option 1) I am requesting a Jury of six people to decide my Claims for Relief.

OR

Option 2: I would like a Judge to decide all Claims for Relief.

1

Complaint and Information

## Jurisdiction

1. Plaintiff Tonya McDaniel is a resident of Adams County, Denver Colorado. At the time of the incident, the plaintiff was a resident of Denver County, Denver Colorado.

2. Defendant Colorado Coalition for the Homeless Champa Dental is a county dental facility located in Denver County, Denver Colorado.

3. Defendant Dr. Russel Pooles worked in Denver County 2111 Champa St, Denver, CO 80205, Defendant Carol Rykiel worked is Denver County at 2111 Champa St, Denver, CO 80205.

## Facts

Parties to the Case:

4. Plaintiff: Tonya McDaniel 14270 E 104th Ave Commerce City, Colorado 80022, 720-244-1240, mommat2real@gmail.com.

5. Defendant The Colorado Coalition for the Homeless Champa Dental is a not for profit organization registered currently doing business at 2130 Stout St, Denver, CO 80205.

6. Defendant Dr. Russel Pooles currently works at 2130 Stout St, Denver, CO 80205.

7. Defendant Dr. Carol Rykiel currently works at 2130 Stout St, Denver, CO 80205.

2

Complaint and Information

Events:

1. In 2015 the plaintiff visited the Champa Street dental clinic for routine dental services such as a root canal, crown lengthening, and oral cleaning.

2. As a result of these appointments, the plaintiffs have suffered damage that was endured during these procedures and as a result of the malpractice, the dental situation has worsened over time.

3. The plaintiff had a total of three appointments with Dr. Russel Poole 9-22-15, 10-5-15, 10-29-15.

4. Dr. Russel was prepping the plaintiff for a root canal procedure to have taken place. However, during the scheduled appointment on 10-5-15, Dr. Poole was in a hurry to catch a train that day.

5. Already working with a short scheduled block of time to complete the procedure Dr. Poole was expected to perform a successful root canal in the old facility building transitioning to the new facility building. Due to the transitioning process of the dental offices at the time, not all the proper equipment was in place at the facility to perform the procedure properly, such as the proper tools, instruments, supplies, etc. Due to these conditions during the root canal, a drill bit was broken off, fell off and lost deep in the gum line of the patient with Dr. Poole unable to retrieve it.

6. The plaintiff was then told by Dr. Poole "this happens often" and "not to be worried" and "the drill was sterile and should cause no future damage to the tooth or the surrounding teeth and that this was a 'common issue". Plaintiff was also told by Dr. Poole "if issues did persist the plaintiff would have to see a specialist at the full cost of the plaintiff but no damage should take place from the drill bit". The plaintiff took Dr. Poole's word at face value and didn't follow up with the Champa Dental

clinic on this issue until three years later in November of 2018 when pain and swelling began as my tooth decayed from the gum line.

7.     From November 2018 to the present date representatives at Champa Dental have been less than forthcoming with information to allow the plaintiff to receive the dental care she needs to prevent infection and to replace the damaged teeth.

8.     Champa Dental refuses to access or make an insurance claim to rectify the negligence exhibited.

9.     Champa Dental has also since refused to take responsibility for any damage that has taken place from the drill bit tooth and neighboring teeth.

10.     Since the plaintiff has been in contact with the Champa Dental representative in 2018 to the present date they have denied all access to the Dental Insurance to make a claim to replace the teeth that incurred damage at no fault of the plaintiff and no cost to the plaintiff.

11.     The plaintiff has been accused by Champa Dental of embellishing the damage done to receive "free dental procedures on already damaged teeth". Before the drill was dropped in the tooth was able to be saved, now the tooth with the drill bit must be pulled as well as a neighboring tooth due to spreading infection.

12.     On 11-19-15 the plaintiff went to Champa Dental for a regular deep cleaning. During the appointment, Dr. Carol Rykiel inquired of my nationality (Hebrew) into which she replied "isn't that a religion?", into which I replied "no" and proceeded to explain the difference.

13.     Dr. Rykiel then proceeded to start to re clean the side of my mouth that was cleaned previously. As the doctor began to prep to re-clean that side I stated that side was cleaned already and I was there for the opposite side. Dr. Rykiel then stated she preferred to re-clean my entire mouth that same day.

4

14. The appointment continued as Dr. Rykiel gave multiple injections to the plaintiff to begin the cleaning process. However, the Doctor gave an overwhelming amount of injections, more than usual for a simple cleaning.

15. During the procedure, Dr. Rykiel inquired about a gold-capped tooth in the bottom back of my mouth and complimented the tooth as she was cleaning it. However, during the cleaning of the tooth, the sharp instrument was negligently dug underneath the plaintiff's gum line and split from the bottom by the sharp object. The fracture is from the base of the gold crown underneath the gums. Having been numbed at the time the plaintiff still felt the gradual pull and force of the sharp object and began to bleed but thought this behavior was normal.

16. The plaintiff at this time did not recognize at all the severity of what had just taken place or the extent of the damage. Years pass and the tooth looks and feels normal until getting X-rays to see the damage to the tooth with the drill bit. It was discovered that a hairline fracture crack was made at the bottom of the tooth underneath the gum line and bacteria has formed and an infection has ensued eating away at the remaining healthy bone of the jawline.

## Claims for Relief

17. Plaintiff is entitled to recover damages from Defendants jointly and each of them based on the theories of liability hereinafter enumerated in Counts I and II, and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

## COUNT I – Negligence

5

Complaint and Information

(against Defendant Dr. Poole)

The plaintiff incorporates the allegations and comments heretofore made in paragraphs 1–11 as if fully re-written.

18.     Defendant Dr. Russell Poole had a duty to Ms. McDaniel to use the due care of a surgical specialist in performing the root canal.

19.     Defendant Dr. Poole breached such duty by either failing to have the proper equipment available to perform the root canal properly, failing to provide full concentration due to personal scheduling issues, or failing to provide accurate fallow up care and dental advice regarding a drill bit lost in the gums.

20.     The foregoing acts and omissions of Defendant Dr. Poole were acts and omissions constituting conduct below the standards of the medical profession in Defendant Dr. Poole's community and individually collectively resulted in direct harm of Ms. McDaniel including severe pain, loss of sleep, poor eating habits, stress, infection, and future extensive dental procedures such as multiple extractions and implants as a result.

21.     As a proximate result of Defendant Dr. Poole's conduct alleged herein, Plaintiff Tonya McDaniel has been damaged in an amount the Plaintiff will prove at trial.

COUNT II – Negligence

(against Defendant Carol Rykiel)

6

Complaint and Information

The plaintiff incorporates the allegations and comments heretofore made in paragraphs 11–16 as if fully re-written.

22.     Defendant Carol Rykiel owed a duty of care to patient Ms. McDaniel.

23.     Defendant Carol Rykiel breached such duty when she failed to perform according to the accepted standards for dental professionals.

24.      Defendant Carol Rykiel's breach of duty was the cause in fact of the new infection that has spread to the bone underneath the gum line of an already capped tooth during routine cleaning.

25.     As a proximate result of Defendant Carol Rykiel's conduct alleged herein, Plaintiff Tonya McDaniel has been damaged in an amount the Plaintiff will prove at trial.

WHEREFORE, the plaintiff requests that the Court enter judgment in favor of the plaintiff and against defendants and each of them as follow relief requested

1     For general and special damages in an amount that Plaintiff will prove.

2     For Plaintiff's reasonable costs incurred herein.

3     For such other and further relief as to the court seems just on premises.

4.     For full coverage of all cost of procedure to correct the malpractice damage caused by the defendants.

DATED this 10th day of April 2020.

Respectfully submitted,

Signature: *Tonya McDaniel*

Print Name: _Tonya McDaniel *Tonya McDaniel*

8

Complaint and Information

Certificate of Service

I certify that on (date 04 /10/2020) an original (Complaint) was filed with the court and a copy, along with any attachments, was sent to the following parties:

Counsel (Or party if without counsel): ☐ By Mail OR ☐ In Person ☐ Sheriff Department

Colorado Coalition for the Homeless "Champa Dental Clinic," 2130 Stout St, Denver, CO 80205.

Dr. Carol Rykiel work place located at 2130 Stout St, Denver, CO 80205.

Dr. Russell Poole work place located at 2130 Stout St, Denver, CO 80205.

By: _Tonya McDaniel_

Print Name: _TONYA McDANIEL_

9

Exhibits 1-32



EX-1



ex-2



University of Colorado

2/6/2020 4:52:20 PM

Patient: Tonya Mc Daniel
Patient ID 196150
DoB:        Sex F
Serie:       ago FMX, Created: 3/18/2010  3:58:42 PM

ex-3



University of Colorado

2/6/2020 4:51:54 PM

3/18/2010

3/18/2010

Patient: Tonya Mc Daniel
Patient ID:196150
DoB:        Sex: F
Series Name: Chago FMX, Created: 3/18/2010 3:58:42 PM

ex-4



2130 Stout St
Denver, CO 80205
Phone: 303 293-2220

Provider: Champa Street
Phone:
Image taken on: 10/29/2015

Patient Name: Tonya McDaniel
Patient ID:
Patient Gender: Female
Patient DOB:

8x-5

Colorado Coalition for the Homeless
2130 Stout St
Denver, CO 80205
Phone: 303 293-2220

*Visix Imaging*



Patient Name: Tonya McDaniel
Patient ID:
Patient Gender: Female
Patient DOB: ▮▮▮▮▮▮▮

Provider: Stout Street
Phone:
Image taken on: 9/8/2015

ex-6

Colorado Coalition.for the Homeless
2130 Stout St
Denver, CO 80205
Phone: 303 293-2220

*visix imaging*



Patient Name: Tonya McDaniel
Patient ID:
Patient Gender: Female
Patient DOB:

Provider: Champa Street
Phone:
Image taken on: 10/5/2015



1·8·20

Tonya McDaniel:

① old facility - routine cleaning - pointy sharp object, yanked the crown out of placement

② root canal - drill bit was knocked off

Happy Teeth:
Endo Specialist:

Can we get something on the books?

Pain in the month — which area?   Lower right side of cap
                                   Separated cost lower left.

Dental School. - 720 204 - 1240

Referral to DS..

              images +
Ashley to send documents to me by email

ex- 8

PROVIDER:

ET  584205          09/08/15        SSC Dental
MRN 114138
McDaniel, Tonya         F      Dwyer, DDS, Daniel
DentaQuest                      B293165



COLORADO
COALITION
FOR THE
Homeless Creating

# NO SHOW POLICY

Due to limited space for patients in the CCH Dental Program all patients must understand the no show policy.

4 missed "No Show" appointments in one calendar year will result in TERMINATION in the CCH Dental Clinic Program for a full year. Patients must wait one full year and Re-Enroll thru our Open Enrollment before receiving services at the Dental Clinic after termination.

A 24 hour advance notice is needed to fill in a cancelled appointment.

Due to limited time for appointment a 5 minute grace time will be allowed. Late more than 5 minute will be counted as a no show and appointment will be rescheduled if eligible.

What is a "No Show"?
- Not showing up
- Late more than 5 minutes for appointment without approval from Dental Staff.
- Not giving a 24 hour advance notice prior to cancelled appointment

I agree and will adhere to the CCH No Show Policy

_____          _____
(Printed Name)                            (Signature)

_____          _____
(Date)  9-8-15                            (Dental Staff Signature)

ex-9

MRN: _____ DOB: _____
LAST NAME: _____
PROVIDER: _____


COLORADO
COALITION
Homeless

## Consent to Perform Dentistry

I hereby authorize and direct the dentists at the Colorado Coalition for the Homeless and/or dental auxiliaries of their choice, to perform the llowing dental treatment or oral surgery procedure(s), including the use of any necessary or advisable local anesthesia, radiographs (x-rays), diagnostic aids

    A. Preventative hygiene treatment, (prophylaxis) and the application of topical fluoride.
    B. Application of plastic "sealants" to the grooves of the teeth.
    C. Treatment of diseased or injured teeth with dental restoration (fillings and/or crowns).
    D. Replacement of missing teeth with dental prostheses, (partial dentures, full dentures).
    E. Removal (extraction) of one or more teeth.
    F. Treatment of diseased or injured oral tissues (hard and/or soft).

I understand that there are risks involved in this treatment and hereby acknowledge that these risks will be explained to me, that I will have opportunity to ask questions regarding the treatment and the risks, and that I fully understand the same.

I will be advised that the success of the dental treatment to be provided will require that the patient and/or parents of the patient follow post-perative and post-care instructions of the dentist/s. I agree that the success of the treatment requires that all post-operative and the post-care structions be followed and that the regular office visits as scheduled by my dentist and his/her auxiliaries must be maintained.

I recognize that during the course of treatment unforeseen circumstances may necessitate additional or different procedures from those scussed. I therefore authorize and request the performance of any additional procedures that are deemed necessary or desirable to oral health d well being, in the professional judgment of the dentist.

There are possible risks and complications associated with the administration of local anesthesia and drugs. The most common of these are velling, bleeding, pain, nausea, vomiting, bruising, tingling and the numbness of the lips, cheek biting resulting in ulceration and infection of e mucosa. I also understand that there are very rare potential risks such as unfavorable reactions to medications in respiratory and rdiovascular collapse (stopping of breathing and heart function) and lack of oxygen to the brain that could result in coma death. I understand d have been informed of the above risks and complications.

I agree to the use of local anesthesia. I understand and have been informed of the above risks and complications.

I also authorize the doctor/s to use photographs, radiographs, other diagnostic materials and treatment records for the purpose of teaching, search, and scientific publications.

I am aware and give consent to be treated by a student dentist.

I hereby state that I have read and understand this consent, and that all questions about the procedures will be answered in a satisfactory anner; and I understand that I have the right to be provided answers to questions which may arise during and after the course of my treatment.

I. I further understand that this consent will remain in effect until such time that I decide to terminate it.

_____
tient Name

_____
tient Signature

8-9-15
Date

_____
Witness

ex-10

## Dental Procedures

Date: 9/8/15   DOB/TO: ████████   Name: Teneya Mc Daniel

BP: 1st 133/85   2nd _____   Pulse: -1   B.G: _____

☑ Health History Reviewed: Changes? No / Yes _____

CC/Pain: ____ Pai LLW _____

Findings: NRCT # 18. #15 missing _____

Diagnosis/Options: Ext #15.   Pt declines extraction.
Wants RCT & Crn- Told her we could not do that
for her.

TX: ☐ Emergency   ☐ Oral Surgery   ☐ Restorative   ☐ Endodontic   ☐ Re-Eval

Code/Tooth #/Surface(s) D0140   D0220

Code/Tooth #/Surface(s) _____

Digital Radiographs: OPAN / OBitewings x_____ / O PA x 1

☐ Pre-procedural rinse w/ Peridex

☐ Anesthetic Given: O *Topical* (20% benzocaine)/ O *Lidocaine* 2% HCl (1.7mL w/1:100k epi) x_____

O *Septocaine* 4% HCl (1.7mL w/ 1:100k epi) x_____/ O *Carbocaine* 3% (1.7mL w/o epi) x_____

Location of Injection: O IA/L/LB   O PSA   O MSA   O ASA   O Mental   O Palatal   O Inf: _____

☐ Consent(s) Signed   ☐ Irrigation w/ Saline   ☐ Curettage   ☐ Chromic Suture x_____

☐ Post-Op Instructions given (verbal/written) ☐ Gauze pack placed for hemostasis

☐ Ice pack given   ☐ Patient released in stable condition

Notes: Pt presents w/ cc bro ken tooth and pain #18.
#15 missing. Wants to keep tooth Told her
we cannot do RCT and crn due to #15
being gcnl Pt to seel cue elsewhere

**Prescriptions:** _____

_____

Next Visit: _____

Signature DDS/Student: _____

Created on 6/15/2015 for CCH use only

ET 584205   09/08/15   SSC Dental
MRN 114138   ████████
McDaniel, Tonya   F   Dwyer, DDS, Daniel
DentaQuest   B293165

ex-1

## Dental Exam

Date: 9/22/15  DOB/TO: [redacted]  Name: Tonya McDaniel

BP: 1st 150/84  2nd _____  Pulse: 69  Weight (Pedo): _____

☒ Health History Reviewed? No / Yes  Amoxicillin allergy

CC/Pain: ↓ Left

#18 → caries with pulp involvement

Findings/IOE/EOE/OCS: NEG POS: Limited exam - pain #18.

· Caries charted: Y / N  · Apical pathologies: Y / N Location _____

· Sinus Tract: Y / N Location _____  · Mobility: Y / N Location _____

O Erosion  O Abfraction  O Attrition  O Crossbite Location _____

· **Periodontal Status**: · Inflammation ☐Mild ☐Mod ☐Severe  · Bone Loss: ☐Mild ☐Mod ☐Severe

· Plaque: ☐Mild ☐Mod ☐Severe  · Calculus: ☐Mild ☐Mod ☐Severe  · Stain: ☐Mild ☐Mod ☐Severe

· Homecare: ☐Good ☐Fair ☐Poor  Referral: Y / N _____

Diagnosis/Options/Notes: #18 → crown lengthening necessary. Patient wants to save tooth even though there is no opposing tooth. It will be up to the patient to get crown lengthening with a periodontist. RB

TX: ☒ Adult Exam  ☐ Pediatric Exam  ☐ Periodic Exam  Tx Plan: See Odontogram

Digital Radiographs: O PAN  O FMX  O Bitewings x_____  O PA x_____

Prescriptions: Clindamycin 300mg (21 capsule)

Next Visit: RCT #18

Signature DDS/Student/Hygienist: Russell C. Poole, DMD

Created on 6/15/2015 for CCH use only

ET 589849
MRN 114138
McDaniel, Tonya
DentaQuest

09/22/15  Champa Dental
F  Poole, DMD, Russell
B293165

## Dental Procedures

Date: 10/5/15    DOB/TO: _____    Name: Tonya McDaniel

BP: 1st 141/92   2nd _____   Pulse: 70   B.G: _____

☒ Health History Reviewed: Changes? No / Yes _____

CC/Pain: Continue treatment, RCT #18.

Findings: Caries into pulp, Necrotic pulp.

Diagnosis/Options: #18 will need Crown lengthening for now. Patient need she will go to a
periodontist. RCT or extraction. Patient elects for RCT.

TX: ☐ Emergency   ☐ Oral Surgery   ☐ Restorative   ☒ Endodontic   ☐ Re-Eval

Code/Tooth #/Surface(s) __D3330__ / #18

Code/Tooth #/Surface(s) __D3450__ / #18

Digital Radiographs: ○PAN / ○Bitewings x_____ / ☒PA x __3__

    ☒ Pre-procedural rinse w/ Peridex

    ☒ Anesthetic Given: ☒*Topical* (20% benzocaine)/ ☒*Lidocaine* 2% HCl (1.7mL w/1:100k epi) x __1__

     ☒*Septocaine* 4% HCl (1.7mL w/ 1:100k epi) x _1.5_ / ○*Carbocaine* 3% (1.7mL w/o epi) x_____

     Location of Injection: ☒-IA/L/LB ○ PSA ○ MSA ○ ASA ○ Mental ○ Palatal ☒ Inf: Buccal infil-in

    ☒ Consent(s) Signed   ☐ Irrigation w/ Saline   ☐ Curettage   ☐ Chromic Suture x_____

    ☐ Post-Op Instructions given (verbal/written) ☐ Gauze pack placed for hemostasis

    ☐ Ice pack given   ☒ Patient released in stable condition

Notes: Rubber dam isolation. Caries removed & canals located. Distal canal highly calcified.
WL - MB- 21 mm / ML - 22 mm / D - 21.5 mm from different reference points. Canal cleaned
& shaped. File separated in distal canal due to heavy calcification. Informed
patient of prognosis. Sodium hypochlorite & RC-prep used throughout procedure. Canal
rinsed & dried with paper points. RC seal applied. #30 thermafil obturators used to fill
canals. A3 shade composite used for build-up. Occlusion & contact checked. Post-tx PA

**Prescriptions:** _____

_____

Next Visit: Comprehensive exam.

Signature DDS/Student: Russell G. Poole, DDS

Created on 6/15/2015 for CCH use only

ET 594392
MRN 114138
McDaniel, Tonya
DentaQuest

10/05/15

F

Champa Dental
Poole, DMD, Russell
B293165

**Dental Exam**

Date: 10/29/2015   DOB/TO: ███████   Name: Mc Daniel Tonya

BP: 1st 129/78   2nd _____   Pulse: 72   Weight (Pedo): _____

☑ Health History Reviewed? No (Yes)

CC/Pain: No pain. Patient here for comprehensive exam.

Findings/IOE/EOE/OCS: (NEG)  POS: I.O.E. — WNL / E.O.E. — WNL / Hard tissue exam — Recurrent caries # 31(oo), #31(mo) & #19(d). Caries observed on # 12(D) noted the distal of #13.

· Caries charted: (Y) / N   · Apical pathologies: Y / (N) Location _____

· Sinus Tract:   Y / (N) Location _____   · Mobility: Y / (N) Location _____

O Erosion   O Abfraction   O Attrition   O Crossbite Location _____

· **Periodontal Status:** · Inflammation ☑Mild ☐Mod ☐Severe   · Bone Loss: ☐Mild ☑Mod ☐Severe

· Plaque: ☑Mild ☐Mod ☐Severe   · Calculus: ☐Mild ☑Mod ☐Severe   · Stain: ☐Mild ☑Mod ☐Severe

· Homecare: ☐Good ☐Fair ☑Poor   Referral: Y / (N) _____

Diagnosis/Options/Notes: Recommend crowns #18 & #19. #18 will require crown lengthening. She will go to her periodontist for that procedure. ©

TX: ☑Adult Exam   ☐ Pediatric Exam   ☐ Periodic Exam   Tx Plan: See Odontogram

Digital Radiographs: O PAN   ☒FMX   O Bitewings x_____   O PA x_____

Prescriptions: _____

Next Visit: Perio – evaluation

Signature DDS/Student/Hygienist: Russell C. Poole DMD    | Created on 6/15/2015 for CCH use only |

ET  601797   10/29/15   Champa Dental
MRN 114138
McDaniel, Tonya   F   Poole, DMD, Russell
DentaQuest   B293165

ex-14

Dental Hygiene Procedures

Date: 11-19-15  **DOB/TO:** ▮▮▮▮▮  **Name:** Tonya McDaniel

HH: no changes  **BP: 1st** 125/81  **2nd**  **Pulse:** 77

**Allergies:** Amoxicillin  **CC/Pain:**

OCS/IOE/EOE/TMJ  no,

**FMP**  **Dry Mouth:** Y  N  **Blood Glucose:**  in office  home

**Uses:** ▪Toothbrush ___ x Daily ▪Floss ___ x Daily/Weekly ▪Proxybrush/toothpick: ___ ▪Waterpik: ___

**OH Status:**  **Homecare:**  **Good**  **Fair**  **Poor**  **Improved**  **Tissue color:**

Plaque:  Light (MOD) Heavy  Generalized  Localized  **Attached tissue:**

Calculus:  Light  MOD (Heavy) (Generalized) (Localized)  None  Keratinized Tissue
May need fine scale

Stain:  Light  MOD  Heavy  Generalized  Localized  None  Tenacious, Heavy

Bleeding:  Light  MOD  Heavy  Generalized  Localized  None  Calc

**Perio Status:** Class I (gingivitis) ___ Class II  X  Class III  X  Class IV ___

Inflammation:  None  Slight  Moderate  Severe  Bulbous  Localized ___  Generalized ___

**TX:**  Presented for TX:  SRP  LR  Pre-procedural rinse w/ Peridex or other?  O

CompPerio  Adult Prophy  Child Prophy  PerioMaint (SRP) UL  LL  LR (UR) FL2  Gross Debridement

Sealants ___, ___, ___, ___  HandScale  Ultrasonic  Polish  ProphyJet  Monoject  Floss

ReEval  FMX  Panorex  Bitewings ___ x  Periapical ___ x  Client tolerated procedure well?  O

Cetacaine/Topical ___ LocalAnesthetic: ___ x Lidocaine 2% w/1:100k epi 1.5 x Septocaine 4% w/ 1:100k epi

___ x Carbocaine 3% w/o epi  IA/L (PSA) (MSA) (ASA) Mental Profound Numbness/No adverse reaction O

**OHI:** (TB) Electric  (Floss) Proxybrush  SensitiveTP  SaltWater  Super Floss/ Threaders  POI
RX: Peridex: ___  RX: Fluoride ___  Referral to Periodontist:

Notes:  Pt did well, very comfortable c injection
Heavy Black Calc. May need fine scale,

**Hygiene:** Next Visit/Date:  SRP  Complete ___ Recall ___ /Months/ Recall Card Given?  O
**DDS NV:** CompExam ___  Recall Exam ___  Operative ___  Other

**Signature:** Carol Rykiel RDH

| | | |
|---|---|---|
| ET  609221 | 11/19/15 | Champa Dental |
| MRN 114138 | | |
| McDaniel, Tonya | F  Rykiel RDH, Carol | |
| DentaQuest | B293165 | |

Created on 6/15/2015 for CCH use only

ex-16

Aaron I'm need a letter from you
stating why I do not have a
case manager for all this time
till now. As a result of not having
a case manager, I almost lost
my housing voucher. No letter,
no text, no phone call, no E-mail,
to inform me that I no longer
had a case manager from cen

Aaron I would like to set
up a few meetings also I need
to create a paper trail with you on my
requests and solutions to these
many concerns and needs as follows
to be address:
   (1) having no case manager
a signed to me
   (2) Adding Micah to my housing
voucher so that I am compliance.
   (3) My option to get second
and third opinions is to the treat
ment for my teeth
   (4) Where to send the Bill or Contact #
   (5) the refund of my over
paid Rent payments
   (6) To have a plan in place

ex-1

1-3
Feb 10, 2020

Dear Aaron, and whoit may concern:

This is Tonya, I am extremely disappointed that you, Aaron, were not at the dental appointment you didn't call to say otherwise either.

I asked you pricifically for you or you to have a case manager to be there to no avail. I have asked you for the names of the three dental tech that worked on my teeth again to no avail. I've asked you Aaron and requested ya to have my x-rays from cch dental clinic, to send them to the dental school cch sent me to all request to no avail were not honored.

It seem to me Aaron you are hindering and interfering with my rights #504 to have a case manager as well as not honoring and detaining my request.

Also Aaron I have not heard anything on the hundreds dollars owed back to me from cch for my over paid rent payments.

ex-18

To fix, repair, Replace my
teeth that must be treated
or pulled out do to the damage
done by cch dental tech that
can even cause death)

(7) Someone to help me
fill out the RA's forms so that
the wording will not cause any
further delays in honoring
these concerns and request)

(8) A letter from Erin
stating the money I received
from teh has nothing with the over
paying to cch (that was my cleaning
deposit refund money) for cleaning
my apartment.

(9) letter from jo Aaron
stating why she had no case manager till
this present date)

As you can see from there is a
cause for a few meeting to address
these many concerns and request that
are hindering and interfering with
#504, and my health.

Tonya McDaniel
Feb 10, 2020

ex-19

Dental Hygiene Procedures

**Date:** 12/10/15 **DOB/TO:** ▮ **Name:** Tonya McDaniel

**HH:** ∅ changes **BP: 1st** Pt refuses BP reading **2nd** _____ **Pulse:** _____

**Allergies:** Amoxicillin **CC/Pain:** ∅

**OCS/IOE/EOE/TMJ** wnl

**FMP** ∅ **Dry Mouth:** Y (N) **Blood Glucose:** ∅ in office home

**Uses:** ■Toothbrush ___ x Daily ■Floss ___ x Daily/Weekly ■Proxybrush/toothpick: _____ ■Waterpik: _____

**OH Status: Homecare:** (Good) Fair Poor Improved **Tissue color:** pink

Plaque: (Light) MOD Heavy Generalized (Localized) **Attached tissue:** wnl

Calculus: Light MOD Heavy Generalized Localized None Black, heavy, tenacious

Stain: Light MOD Heavy Generalized (Localized) None

Bleeding: Light (MOD) Heavy Generalized Localized None

**Perio Status:** Class I (gingivitis) _____ (Class II) _____ (Class III) _____ Class IV _____

**Inflammation:** None (Slight) Moderate Severe Bulbous Localized_____ Generalized_____

**TX:** Presented for TX: SRP **Pre-procedural rinse w/ Peridex or other?** ☺

CompPerio Adult Prophy Child Prophy PerioMaint SRP: UL LL (LR) UR FL2 Gross Debridement

Sealants____, ____, ____, ____ HandScale (Ultrasonic) Polish ProphyJet Monoject Floss

ReEval FMX Panorex Bitewings ___ x Periapical ___ x **Client tolerated procedure well?** ☺

Cetacaine/Topical LocalAnesthetic: ✓ x Lidocaine 2% w/1:100k epi ___ x Septocaine 4% w/ 1:100k epi

___ x Carbocaine 3% w/o epi IA/L PSA MSA ASA Mental Profound Numbness/No adverse reaction ☺

**OHI:** (TB) Electric (Floss) Proxybrush SensitiveTP SaltWater Super Floss/ Threaders POI

RX: Peridex: _____ RX: Fluoride _____ Referral to Periodontist: _____

Notes: Pt did very well with procedure today. Next complete mandibular arch.

**Hygiene: Next Visit/Date:** SRP LR **Complete** ___ **Recall** ___ /Months/ Recall Card Given? ○
**DDS NV: CompExam** _____ **Recall Exam** _____ **Operative** _____ **Other** _____

**Signature:** Adriana C Connor, RDH

Created on 6/15/2015 for CCH use only

ET 620180 | 12/10/15 | Champa Dental
MRN 114138
McDaniel, Tonya | F | OConnor RDH, Adriana
DentaQuest | | B293165

Name, MRN, Pt#, DOB

## CONSENT FOR:
## ROOT CANAL TREATMENT

Date: 10 / 05 / 2015     Time: 1:10     Name: Tonya McDaniel

1. I hereby authorize Dr. RUSSELL A. PULE _____ and other
   dentists, staff, and employees to treat the condition(s) described as: NECROTIC PULP.

2. The procedure(s) necessary to treat the condition(s) have been explained to me and I understand the nature of
   the procedure(s) to be: root canal treatment.   RCT #18

3. I have been informed of possible alternative methods of treatment (if any) including _____
   I understand that these other forms of treatment are choices that I have and the risks of those choices have been
   presented to me.

4. I consent to the administration of local anesthesia in connection with the procedure(s) referred above, if necessary.
   I understand that the administration of anesthesia involves risks including pain, paralysis, injury and rarely, even, death.

5. Root canal treatment is an irreversible process and is considered a surgical procedure. The risks include, but are
   not limited to the following:

   a. Discomfort, infection, and swelling.

   b. Broken instruments in the root canal which may be removed or left in place.

   c. The root canal treatment may fail which may require the need for redoing the root canal, secondary surgical
      procedures, or extraction.

   d. Complications related to local anesthesia although rare can include pain, swelling, bruising, infection, nerve
      damage, and unexpected allergic reaction which could result in heart attack, stroke, brain damage and/or death.

6. I understand that is my responsibility to have the root canaled tooth restored usually with a crown (cap) or other
   restoration. Failure to do so may cause the need for redoing the root canal or may lead to premature loss of the
   tooth. We may not be able to provide a crown for the treated tooth(teeth).

I CERTIFY THAT I HAVE READ OR HAD EXPLAINED TO ME AND FULLY UNDERSTAND THE TERMS WITHIN
THE ABOVE CONSENT AND VOLUNTARILY GIVE MY CONSENT TO THE PLANNED SURGERY.

_____     10-5-15
Patient's (or legal guardian's) Signature     Date

_____     10-5-15
Witness signature     Date

Dentist's Statement: I have discussed the procedure, risk, complications, consequences, and alternatives with the
patient or patient's authorized representative, and to the best of my knowledge, the patient or his/her
representative understands such and consents to the proposed procedure.

_____     10-5-15
Dentist's signature     Date

ex-21

**COLORADO COALITION**
Homeless

| | |
|---|---|
| MRN: _____ | revised 12/1/17 |
| Provider: _____ | |

### Authorization to Request / Release Information

Client Name: **Tonya McDaniel**   Client Date of Birth: ▓▓▓▓▓▓   Last 4 of SSN: ▓▓▓

**I authorize that information may be exchanged between the following:**

| | TO / **FROM : (mark one)** |
|---|---|
| Colorado Coalition for the Homeless | Name or Organization Name: **Self pick up** |
| Attn Program: **Medical Records** | Address _____ |
| Address:  **2130 Stout Street** | |
| City, State Zip: **Denver, CO 80205** | City, State Zip: _____ |
| Phone Number: 303-312-9799 | Phone Number: _____ |
| Fax Number: 303-296-8826 | Fax Number: _____ |
| Email: **Records@coloradocoalition.org** | ____ Electronic Copy(please write email address): |

**Information to be released (please initial items below to be released):**

**Information from Medical Programs:**

| | | | |
|---|---|---|---|
| X Medical Provider Notes | X Imaging/X-rays | ____ Consultant Reports | X Billing Records |
| ____ Lab Results | ____ Immunizations | ____ Medication List | ____ Eye Clinic |
| ____ AIDS/HIV Information | ____ Operative Reports | X Dental Records | ____ Other: |
| ____ Hospital Admit/Discharge Summaries | ____ ER Reports | | |

**Information from Mental Health Programs:**

| | | | | |
|---|---|---|---|---|
| ____ Lab Results | X Progress Notes | X Medication History | X Treatment Plan | X Diagnoses |
| ____ Psychiatric Visit Notes | ____ Discharge Summary | | X Intake & Assessment | |

**Information from Substance Treatment Programs:**

| | | |
|---|---|---|
| ____ Substance Use Diagnosis | ____ Substance Use Progress Notes | ____ Substance Use Lab Results |
| ____ Substance Use Discharge Summary | ____ Substance Use Clinical Assessments | |
| | ____ Substance Use Treatment Plan | |

**Information from Housing/Case Management Programs:**

____ Case Notes/Case Management Notes   ____ Other: _____

**Time Frame** ____ **All** ____ **Specific Dates of Service:** _____

**Please indicate the purpose of this release (check all that apply)**

| | | |
|---|---|---|
| X Continuity of Care | ____ Insurance | ____ Obtain Benefits |
| ____ Legal | ____ Worker's Compensation | X Referral |
| ____ Obtain/ Maintain Housing | X Personal/Other _____ | |

**Authorization**

I understand that:

- Due to the integrated care provided by the Colorado Coalition for the Homeless information released may include a diagnosis or reference to the following condition(s): behavioral health /psychiatric care; acquired immune deficiency syndrome (AIDS) or human immunodeficiency virus (HIV); or substance use disorders.
- I understand that treatment and payment may not be conditioned on signature of this form.
- Individuals enrolled in our licensed Substance Treatment teams have their substance-specific records protected by 42CFR Part 2. Further disclosure of this information are prohibited unless further disclosure is expressly permitted by the written consent of whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose.
- I understand that I may revoke this authorization at any time (except to the extent that the action has been taken to comply with it).
- If I have authorized the disclosure of my health information to someone who is not legally required to keep it private, it may be re-disclosed and may no longer be protected by the HIPAA Privacy Rule.

**Expiration**

I understand that this release expires on: **2-11-22** (not to exceed two years from today's date)

Signature of Patient or Personal Representative: **Tonya McDaniel**

Date: **Feb 11, 2020**

Personal Representative Printed Name: **Ashley McDaniel**

Relationship to Patient: **Daughter**

Witness: _____

Date: **2-11-2020**

ex-22

Dentaquest   5293165

MRN: _____   DOB: _____
LAST NAME: _____
PROVIDER: _____

## PATIENT MEDICAL HISTORY

NAME: _Tonya McDaniel_                    DATE: _8-  -15_

ET 584205
MRN 114138
McDaniel, Tonya
DentaQuest

09/08/15
F    Dwyer, DDS, Daniel
B293-165    SSC Dental

Date of last MEDICAL examination _____ Name of Physician/Clinic _____
How would you rate your overall health? Good ✔ Fair___ Poor___
Are you currently being treated or have been treated within the last year by a physician? Yes___ No ✔
For what condition/s _____
Are you taking any prescription medications Yes___ No ✔ PLEASE LIST THEM: _____

Have you had a major illness or been hospitalized within the last 5 years? Yes___ No ✔
DESCRIBE _____
Do you have any drug sensitivities or allergies? Yes ✔ No___
Penicillin___ Any Other/s: (List) _____
Have you used any recreational drugs within the last year? Yes___ No ✔
Do you smoke or use tobacco regularly? Yes___ No ✔ Do you drink alcoholic beverages regularly? Yes___ No ✔

**DO YOU OR HAVE YOU EVER HAD any of the following: ...   PLEASE MARK: Y = yes, N = no**

**HEART:**

| | Y | N |
|---|---|---|
| High or Low Blood Pressure | Y | N |
| Heart Attack | Y | N |
| Stroke | Y | N |
| Angina | Y | N |
| Artificial Heart Valve | Y | N |
| Rheumatic or Scarlet Fever | Y | N |
| Heart Murmur | Y | N |
| Congenital Heart Defect | Y | N |
| Irregular Heart Beat | Y | N |
| Pacemaker | Y | N |
| Arteriosclerosis | Y | N |
| Congestive Heart Failure | Y | N |

**NEUROLOGICAL DISORDERS:**

| | Y | N |
|---|---|---|
| Epilepsy | Y | N |
| M.S. | Y | N |
| Other | | |

**BLOOD DISORDERS:**

| | Y | N |
|---|---|---|
| Anemia, Sickle Cell | Y | N |
| Leukemia, Hemophilia | Y | N |

**LUNGS:**

| | Y | N |
|---|---|---|
| COPD | Y | N |
| Asthma | Y | N |
| T.B. | Y | N |
| Sleep Apnea | Y | N |

**MENTAL HEALTH CARE:**
(Diagnosis)_____

**DIABETES:**

| | Y | N |
|---|---|---|
| Controlled? | Y | N |

**INFECTIOUS DISEASES:**

| | Y | N |
|---|---|---|
| HEPATITIS: A, B, or C | Y | N |
| Herpes | Y | N |
| HIV/AIDS | Y | N |
| STDs | Y | N |

**GASTRO-INTESTINAL:**

| | Y | N |
|---|---|---|
| Kidney Disease/Chronic Infections | Y | N |
| Liver Disease/Cirrhosis | Y | N |
| Ulcers/Reflux | Y | N |

**MISCELLANEOUS:**

| | Y | N |
|---|---|---|
| Tumors, Malignancies, Cancer | Y | N |
| Artificial Joints or Implants | Y | N |
| (List) | | |
| Migraines or Severe Headaches | Y | N |
| Auto Immune Disorder: | Y | N |
| (List) | | |
| Arthritis | Y | N |
| Osteoporosis | Y | N |
| Sinus | Y | N |
| Skin Disease | Y | N |
| Hearing Disorder | Y | N |
| Eyes: Glaucoma or Cataracts | Y | N |

**Women only:**

| | Y | N |
|---|---|---|
| Are you or could you be pregnant | Y | N |
| (Due date) | | |
| Taking oral contraceptives | Y | N |

IS THERE ANY OTHER INFORMATION ABOUT YOUR HEALTH OR HEALTH CONDITIONS THAT WE NEED TO KNOW? Y N
(List) _____

Signature _Tonya McDaniel_                    Date _9-8-15_

I understand the above information is necessary to provide me with dental care in a safe and efficient manner. I have answered all questions to the best of my knowledge. Should further information be needed, you have my permission to ask the respective health care provider or agency to release such information to you, I will notify the doctor of any change in my health or medication.

Signature (Patient/Guardian) _Tonya McDaniel_                    Date _9-8-15_

DOCTOR Signature _____                    Date _9/8/15_

ex 23

Printed by Yareli S (849)                                                                                          02/11/2020

## Colorado Coalition For The Homeless

2111 Champa St

Denver, CO 80205-2529

### SUMMARY REPORT FOR Tonya McDaniel

**Patient:** Tonya McDaniel

**Date of Birth:**

**Address:** 14270 E. 104th Ave, Apt 212, Commerce City, CO 80022

| Service Date | Provider | Type | Description | Tooth | Surface |
|---|---|---|---|---|---|
| 09/08/2015 | ZZ_Dwyer, DDS, Daniel | Completed | D0140 - Oral Exam Limited | | |
| 09/08/2015 | ZZ_Dwyer, DDS, Daniel | Completed | D0220 - Intraoral: Periapical First Film | | |
| 09/22/2015 | ZZ_Poole, DMD, Russell | Completed | D0140 - Oral Exam Limited | | |
| 10/05/2015 | ZZ_Poole, DMD, Russell | Completed | D3330 - Endodontic Therapy Molar (Excluding Final Restoration) | 18 | |
| 10/05/2015 | ZZ_Poole, DMD, Russell | Completed | D2950 - Core Buildup, Including Any Pins | 18 | |
| 10/29/2015 | ZZ_Poole, DMD, Russell | Completed | D0150 - Comprehensive Oral Evaluation: New Or Established | | |
| 10/29/2015 | ZZ_Poole, DMD, Russell | Completed | D0210 - Intraoral: Complete Series (Including Bitewings) | | |
| 10/30/2015 | ZZ_OConnor RDH, Adriana | Completed | D0180 - Comprehensive Periodontal Evaluation: New Or Estab | | |
| 10/30/2015 | ZZ_OConnor RDH, Adriana | Completed | D1330 - Oral Hygiene Instructions | | |
| 11/19/2015 | Ryklel RDH, Carol | Completed | D4341 - Periodontal Scaling And Root Planing: Four Or More | UR | |
| 12/10/2015 | ZZ_OConnor RDH, Adriana | Completed | D4341 - Periodontal Scaling And Root Planing: Four Or More | LR | |

ex-24

1.8.20

Tonya McDaniel:
  ① old facility - routine cleaning - pointy sharp
     object, yanked the crown out of placement

  ② root canal - drill bit was knocked off


Happy Teeth:
Endo Specialist:

Can we get something on the books?


Pain in the mouth - which area?   Lower right side. Crown
                                  Separated inst lower left.

Dental School. - 720-244-1840


  Referral to DS.

images +
Ashley to send documents to me by email

ex-2

PATIENT NAME _Tonya_ _McDaniel_                                    **DOB** ████

| DATE | TREATMENT NOTES |
|------|-----------------|
| 9-21-15 | Client came in irritable and started yelling. Chel told her she doesn't need to talk that way in a very nice manner, but she just said she wasn't done talking. Called security right away. |

Michel Brown

ex-26

**PATIENT NAME**_____**DOB**_____

| DATE | TREATMENT NOTES |
|------|-----------------|
| 10/23/15 | Pt rescheduled the same day as the appt – Jen |

ex-27



Name Tonya McDaniel

Account Number

Examination Date 09-8-15

Birthdate

**MEDICAL ALERTS**

**Dental History**

Chief Complaint COMPREHENSIVE EXAM.

DATE OF LAST
Visit 2015   X-Rays 2015   Prophy 2-15

Face/Neck/Glands WNL

Lips/Cheeks WNL

Palate/Pharynx WNL

Floor of Mouth/Tongue/Frenum WNL

General Condition of Teeth WNL / FAIR

Esthetics FAIR

Sensitivity ☐ Cold ☐ Hot ☐ Sweets

Abrasion Areas

Condition of Restorations FAIR

Overhangs

Open Contacts

Food Traps

Occlusion/Interferences CLASS I

Previous Orthodontics

| TEETH | MOULD | | SHADE | |
|---|---|---|---|---|
| | UPPER | LOWER | UPPER | LOWER |
| CENT. | | | | |
| LAT. | | | | |
| CUSP. | | | | |
| POST | | | | |
| | | | | |

Summary of Treatment ① PERIO EVALUATION
② #12 (DO)   #29 (DO)   #31 (MO)
③ CROWN #15 4 #19.
(AFTER CROWN LENGTHENING)
Russell Poole, DMD

T 601797
IRN 114138
McDaniel, Tonya
DentaQuest

10/29/15

F

Champa Dental

Poole, DMD, Russell
B293165

ntal Exam



# PERIODONTAL CHART

MRN:_____ DOB: _____
LAST NAME: _____
PROVIDER: _____

NAME Tonya McDaniel                                                                    INIT



SIGNIFICANT FINDINGS

DATE 10/30/15

Gingiva: pink, generalized inflammation. 1-3 mm, localized III

ET   602304
MRN 114138
McDaniel, Tonya
DentaQuest

10/30/15          Champa Dental

F      OConnor RDH, Adriana
B293165

ex-29

**COLORADO**
**COALITION**
**Homeless** FOR THE

NAME ___TONYA McDANIEL___          Date ___10/29/15___

## Welcome to the Dental Clinic.

### You are in need of the following services:

Extractions ___∅___                          **WHICH CLINIC?**

Fillings ___3___                             (CHAMPA)   STOUT

Cleanings ___PERIO EVALUATION___

Root Canal ___∅___                           **MEDICAID?**

Crowns* ___2___                              (YES)   NO

*Pricing: __If The medicaid does not pay for crowns there is a fee__
__If you decide to buy the crowns.__
COMPLETE DENTURE:   UPPER      LOWER      (ACRYLIC)   $_____

                                           (LUCITONE)   $_____

PARTIAL DENTURE         ·UPPER·          # of teeth replacing _____

PARTIAL DENTURE         LOWER           # of teeth replacing _____

        METAL BASED            ACRYLIC              LUCITONE

$_____              $_____              $_____

**Prior Authorization or payment is required before the start of the Denture Process.**

Please make checks payable to Colorado Coalition for the Homeless Dental Clinic

ex-30

THANK YOU



# School of Dental Medicine
UNIVERSITY OF COLORADO ANSCHUTZ MEDICAL CAMPUS

MRN #11AC38

## Dental Referral Form

Please email this form and all relevant radiographs to sdmreferral@ucdenver.edu or fax to (303) 724-0600.

For cases involving pain, please call (303) 724-5571 upon sending referral and X-rays.

### First appointment will be an evaluation only

**Patient Information**

Name: Tonya McDaniel          DOB: ▮▮▮▮▮▮

Address: _____

Contact Number: 720-244-1240          Language: English          Interpreter needed: Y (N)

Parent/Legal Guardian/Medical Proxy/Caretaker Name: daughter Ashley

Medicaid/Insurance #: Has Delta Qual

Please check all that applies:   ☐ patient in pain   ☐ X-rays mailed/emailed, date taken: _____   ☐ need X-rays
(please send X-rays to sdmreferral@ucdenver.edu)

**Reason for Referral:**

☐ Comprehensive care
☒ Crowns
☐ Bridges
☐ Denture: Complete
☐ Denture: Partial
☐ Denture: Overdenture

☐ Endo: RCT only
☐ Endo: RCT, Permanent Restoration/Crown
☒ Endo: Retreatment (GPR or Faculty Practice only)
☐ Extractions
☐ Orthodontic care
☐ Periodontal care

☐ Implants: Surgical only
☐ Implants: Surgical and Restorative
☐ Sedation needs (please specify):

☐ Special needs (please specify type and reason):

☐ Complex oral and maxillofacial surgical needs: _____

☐ Complex medical needs: _____

☐ Other/Detailed instructions: _____
Please evaluate Tonya for retreat #18 with treatment completion
also review possible damage crown per patient

Please circle below the tooth/teeth of referral:

ex-31

**Referral from:**

Dentist: Carol Nitoratos          Clinic/ACTS Site: Colorado Coalition for the Homeless

Address: 2150 Stout St

Phone: 803 495 8557          Fax/ Email: cnitoratos @ coloradocoalition.org

Signature of Referring Dentist: _____          Date: 1-13-20

# School of Dental Medicine
UNIVERSITY OF COLORADO ANSCHUTZ MEDICAL CAMPUS

MRN #114138

## Dental Referral Form

Please email this form and all relevant radiographs to sdmreferral@ucdenver.edu or fax to (303) 724-0600.

For cases involving pain, please call (303) 724-5571 upon sending referral and X-rays.

### First appointment will be an evaluation only

**Patient Information**

Name: Tonya McDaniel          DOB: ▮▮▮▮▮

Address: _____

Contact Number: 720-244-1240          Language: English          Interpreter needed: Y (N)

Parent/Legal Guardian/Medical Proxy/Caretaker Name: daughter Ashley

Medicaid/Insurance #: Hac Dinta Guest

Please check all that applies:  ☐ patient in pain   ☐ X-rays mailed/emailed, date taken: _____   ☐ need X-rays
(please send X-rays to sdmreferral@ucdenver.edu)

**Reason for Referral:**

☐ Comprehensive care
☒ Crowns
☐ Bridges
☐ Denture: Complete
☐ Denture: Partial
☐ Denture: Overdenture

☐ Endo: RCT only
☐ Endo: RCT, Permanent Restoration/Crown
☒ Endo: Retreatment (GPR or Faculty Practice only)
☐ Extractions
☐ Orthodontic care
☐ Periodontal care

☐ Implants: Surgical only
☐ Implants: Surgical and Restorative
☐ Sedation needs (please specify): _____
☐ Special needs (please specify type and reason): _____

☐ Complex oral and maxillofacial surgical needs: _____

☐ Complex medical needs: _____

☐ Other/Detailed instructions: Please evaluate Tonya for retreat #18 with treatment completion also review possible damage crown per patient

Please circle below the tooth/teeth of referral:

ex-32

**Referral from:**

Dentist: Carol Nitoratos          Clinic/ACTS Site: Colorado Coalition for the Homeless

Address: 2180 Stout st

Phone: 303 495 8557          Fax/Email: cnitoratos @ coloradocoalition.org

Signature of Referring Dentist: _____          Date: 1-13-20